El Pueblo de Puerto Rico, demandante y apelado, *v.* Jesús Quiñones, acusado y apelante.

No. 5146.—*Sometido:* Febrero 9, 1934.—*Resuelto:* Febrero 24, 1934.

*J. Valldejuli,* abogado del apelante; *R. A. Gómez, Fiscal,* abogado de El Pueblo, apelado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

■ Jesús Quiñones fué acusado del delito de acometimiento y agresión con circunstancias agravantes cometido en la persona de María Luisa Fernández. Hubo prueba tendente a demostrar que el acusado se hallaba ebrio y que mientras se celebraba un baile en Río Piedras y María Luisa Fernández bailaba con su primo, el acusado, quien antes había tratado de obligarla a bailar con él, la acometió y agredió. La prueba del acusado tendió a demostrar que tuvo una riña con el primo, que el primer agresor fué dicho primo y que el acusado nunca trató de agredir a la joven.

La corte inferior pudo apreciar el testimonio de los varios testigos que declararon contra el acusado y no podemos ver que hubiera error en la apreciación de la prueba. En otras palabras, hubo prueba tendente a demostrar que el acusado en verdad acometió y agredió a María Luisa Fernández.

■ El apelante también señala como error que la corte tenía prejuicio. Durante el interrogatorio del acusado la corte preguntó a éste si no sabía que era una imprudencia insistir en bailar con una persona si ella no deseaba bailar. A este respecto, y quizás en otros, el apelante sostiene que la corte demostró estar prejuzgada. Esta indicación de la corte difícilmente podría considerarse como prejuicio, y nada hallamos en la transcripción de la evidencia que revele que el juez en realidad tuviera mala voluntad u hostilidad para con el acusado.

*La sentencia debe ser confirmada.*